| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | Adam Hosmer-Henner, NSBN 12779<br>Chelsea Latino, NBSN 14227<br>Jane Susskind, NSBN 15099<br>MCDONALD CARANO LLP<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br>ahosmerhenner@mcdonaldcarano.com<br>clatino@mcdonaldcarano.com<br>jsusskind@mcdonaldcarano.com<br><br>Nancy G. Ross *(pro hac application forthcoming)*<br>Richard E. Nowak *(pro hac application forthcoming)*<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 701-8788<br>nross@mayerbrown.com<br>rnowak@mayerbrown.com<br><br>*Attorneys for Defendant Caesars Holdings, Inc.*<br>*[Additional Counsel on Signature Page]* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAGGIE THOMSON, as representative of a class of similarly situated persons, and on behalf of the CAESARS ENTERTAINMENT CORPORATION SAVINGS & RETIREMENT PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL INVESTMENT MANAGEMENT LLC and CAESARS HOLDINGS, INC.,<br><br>Defendants. | Case No: 2:21-cv-00961-GMN-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Maggie Thomson, as representative of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investment Management LLC and Caesars Holdings, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to an extension of the deadline for Defendants to appear and respond to the Complaint (which would otherwise fall on June 14, 2021) until July 30, 2021. This is the first request to extend the deadline for Defendants

1  to respond and is made to allow the Defendants adequate time to review the Complaint and
2  prepare a response. Defendants aver that there is good cause to grant this request, which is not
3  made for the purposes of delay. Defendants state that they require sufficient time to evaluate the
4  allegations in the Complaint, which asserts multiple causes of action on behalf of a putative
5  class. Through this Stipulation, Defendants do not intend to waive any defenses, including
6  challenges to jurisdiction.
7  //
8  //
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Accordingly, the Parties request that the Court approve this stipulation and extend the time for Defendants to respond to the Complaint to July 30, 2021.

Dated: June 11, 2021

PAUL PADDA LAW, PLLC

*/s/ Paul S. Padda (with consent)*
Paul S. Padda, Esq.
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Telephone: (702) 366-1888

NICHOLS KASTER, PLLP
Paul J. Lukas, Esq.
Kai H. Richter, Esq.
Brock J. Specht, Esq.
Benjamin J. Bauer, Esq.
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612)256-3200
*Attorneys for Plaintiff*

Dated: June 11, 2021

McDONALD CARANO LLP

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner, Esq., NSBN. 12779
Chelsea Latino, Esq., NBSN 14227
Jane Susskind, Esq., NSBN 15099
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
*Attorneys for Defendant Caesars Holdings, Inc.*

PARSONS, BEHLE & LATIMER

*/s/ Rew R. Goodenow (with consent)*
Rew R. Goodenow, Esq. NSBN 3722
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 789-6543

MILBANK LLP

Sean Murphy *(pursuant to LR IA 11-2(c), will comply with LR IA 11-2 within 14 days)*
Robert Hora *(pursuant to LR IA 11-2(c), will comply with LR IA 11-2 within 14 days)*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5688
smurphy@milbank.com
rhora@milbank.com
*Attorneys for Defendant Russell Investment Management LLC*

DATED: 6/15/2021

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE