Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Kai H. Richter, MN Bar No. 0296545*
krichter@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Maggie Thomson, as representative of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>Caesars Holdings Inc. and Russell Investment Management LLC,<br><br>Defendants. | **Case No. 2:21-cv-00961-GMN-BNW**<br><br>**STIPULATION REGARDING AMENDED COMPLAINT AND DEADLINE TO ANSWER OR OTHERWISE RESPOND** |

Plaintiff Maggie Thomson, as representative of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investment Management LLC ("RIM") and Caesars Holdings, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiff Maggie Thomson, pursuant to Fed. R. Civ. P. 15(a), will file an amended complaint on or before July 30, 2021, that an answer or response to the original complaint is not required, and that the deadline for Defendants to answer or otherwise respond to the amended complaint shall be August 30, 2021. Plaintiff avers that there is good cause to enter into this stipulation to ensure that the proper parties are before the Court.[1] Further, this stipulation is not made for purposes of delay, but rather to ensure that the contemplated amendments are made before Defendants respond to the existing Complaint.

Accordingly, the Parties request that the Court approve this stipulation and grant Defendants until August 30, 2021 to answer or otherwise respond to Plaintiff's amended complaint, which she will file on or before July 30, 2021.  Defendants do not waive any defenses by entering into this stipulation nor are they agreeing that any newly-named defendant is a proper party or otherwise engaged in any wrongdoing.

| Dated: July 27, 2021 | Dated: July 27, 2021 |
|---|---|
| NICHOLS KASTER, PLLP<br>*/s/ Benjamin J. Bauer*<br>Paul J. Lukas, Esq. *(admitted pro hac vice)*<br>Kai H. Richter, Esq. *(admitted pro hac vice)*<br>Brock J. Specht, Esq. *(admitted pro hac vice)*<br>Benjamin J. Bauer, Esq. *(admitted pro hac vice)*<br>4700 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612)256-3200 | MCDONALD CARANO LLP<br>*/s/ Adam Hosmer-Henner*<br>Adam Hosmer-Henner, Esq., NSBN. 12779<br>Chelsea Latino, Esq., NBSN 14227<br>Jane Susskind, Esq., NSBN 15099<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501<br>Telephone: (775) 788-2000<br><br>MAYER BROWN LLP<br>Nancy G. Ross *(admitted pro hac vice)*<br>Richard E. Nowak *(admitted pro hac vice)*<br>71 South Wacker Drive |

---

[1] After meeting and conferring with Defendants, Plaintiff intends to file an amended complaint to remove RIM as a defendant, add Russell Investments Trust Company ("RITC") as a defendant, and add the Investment Committee of the Caesars Entertainment Corporation Savings & Retirement Plan as a defendant.

2

| | |
|---|---|
| PAUL PADDA LAW, PLLC<br>Paul S. Padda, Esq.<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, NV 89103<br>Telephone: (702) 366-1888<br>*Attorneys for Plaintiff* | Chicago, IL 60606<br>Telephone: (312) 701-8788<br>*Attorneys for Defendant Caesars Holdings, Inc.*<br><br>PARSONS, BEHLE & LATIMER<br>*/s/ Rew R. Goodenow*<br>Rew R. Goodenow, Esq. NSBN 3722<br>Michael R. Kealy, Esq. NSBN 971<br>50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>Telephone: (775) 789-6543<br><br>MILBANK LLP<br>Sean Murphy, Esq. *(admitted pro hac vice)*<br>Robert Hora, Esq. *(admitted pro hac vice)*<br>Vanessa Gonzalez-Ahmed, Esq. *(admitted pro hac vice)*<br>Maria Esperanza Ortiz, Esq. *(admitted pro hac vice)*<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5688<br>*Attorneys for Defendant Russell Investment Management, LLC* |

### Order

**IT IS SO ORDERED**

**DATED:** 6:25 pm, July 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3