Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Kai H. Richter, MN Bar No. 0296545*
krichter@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Maggie Thomson, as representative of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>Russell Investments Trust Company, Caesars Holdings Inc., the Plan Investment Committee, and the 401(k) Plan Committee,<br><br>Defendants. | **Case No. 2:21-cv-00961-GMN-BNW**<br><br>**STIPULATION REGARDING SERVICE OF AMENDED COMPLAINT** |

Plaintiff Maggie Thomson, as representative of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investments Trust Company, Caesars Holdings Inc., the Plan Investment Committee, and the 401(k) Plan Committee, and Caesars Holdings, Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows concerning service of process:

WHEREAS, the Parties stipulated and agreed that Plaintiff could file an amended complaint on or before July 30, 2021 and that the deadline for Defendants to answer or otherwise respond to the amended complaint would be August 30, 2021 (ECF No. 33);

WHEREAS, Plaintiff filed her First Amended Complaint on July 30, 2021 (ECF No. 34);

WHEREAS, undersigned counsel for Defendant Russell Investments Trust Company ("RITC") is authorized to accept service on behalf of RITC;

WHEREAS, undersigned counsel for the Plan Investment Committee, and the 401(k) Plan Committee (collectively, the "Committees") is authorized to accept service on behalf of the Committees;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that (1) the undersigned counsel for Defendants accepts service of the First Amended Complaint on behalf of RITC and the Committees and in so doing waives the need for formal service of process but reserves all other arguments they may have regarding the amended complaint; and (2) the deadline for all Defendants to respond to the First Amended Complaint shall be August 30, 2021.

Dated: August 4, 2021

NICHOLS KASTER, PLLP
*/s/ Benjamin J. Bauer*
Paul J. Lukas, Esq. *(admitted pro hac vice)*
Kai H. Richter, Esq. *(admitted pro hac vice)*
Brock J. Specht, Esq. *(admitted pro hac vice)*
Benjamin J. Bauer, Esq. *(admitted pro hac vice)*
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612)256-3200

Dated: August 4, 2021

MCDONALD CARANO LLP
*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner, Esq., NSBN. 12779
Chelsea Latino, Esq., NBSN 14227
Jane Susskind, Esq., NSBN 15099
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000

MAYER BROWN LLP
Nancy G. Ross *(admitted pro hac vice)*
Richard E. Nowak *(admitted pro hac vice)*

| | |
|---|---|
| PAUL PADDA LAW, PLLC<br>Paul S. Padda, Esq.<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, NV 89103<br>Telephone: (702) 366-1888<br>*Attorneys for Plaintiff* | 71 South Wacker Drive<br>Chicago, IL 60606<br><br>Telephone: (312) 701-8788<br>*Attorneys for Defendant Caesars Holdings, Inc.*<br><br>PARSONS, BEHLE & LATIMER<br>*/s/ Michael R. Kealy*<br>Rew R. Goodenow, Esq. NSBN 3722<br>Michael R. Kealy, Esq. NSBN 971<br>50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>Telephone: (775) 789-6543<br><br>MILBANK LLP<br>Sean Murphy, Esq. *(admitted pro hac vice)*<br>Robert Hora, Esq. *(admitted pro hac vice)*<br>Vanessa Gonzalez-Ahmed, Esq. *(admitted pro hac vice)*<br>Maria Esperanza Ortiz, Esq. *(admitted pro hac vice)*<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5688<br>*Attorneys for Defendant Russell Investment Management, LLC* |

## **Order**

**IT IS SO ORDERED**

**DATED:** 10:32 am, August 06, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**