Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Kai H. Richter, MN Bar No. 0296545*
krichter@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGGIE THOMSON, as representative of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE.<br><br>Defendants. | Case No. 2:21-cv-00961-GMN-BNW<br><br>**STIPULATION REGARDING SECOND AMENDED COMPLAINT AND DEADLINE TO ANSWER OR OTHERWISE RESPOND**<br><br>**(FIRST REQUEST)** |

Plaintiff Maggie Thomson, as representative of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiff Maggie Thomson, pursuant to Fed. R. Civ. P. 15(a)(1)(B), will file a Second Amended Complaint as of right on or before September 20, 2021 in response to Defendants' motions to dismiss. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1006-1007 (9th Cir. 2015).[1] The Parties further stipulate that the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint, which would otherwise be on October 4, 2021, shall be extended to October 20, 2021. Plaintiff avers that there is good cause to enter into this stipulation to allow Plaintiff to address the issues raised in Defendants' motions, and that this stipulation is not made for purposes of delay. This is the first request for an extension of time to respond to the anticipated Second Amended Complaint.

Accordingly, the Parties request that the Court approve this stipulation and grant Defendants until October 20, 2021 to answer or otherwise respond to Plaintiff's Second Amended Complaint, which she will file on or before September 20, 2021. Defendants do not waive any defenses by entering into this stipulation.

| | |
|---|---|
| Dated: September 8, 2021 | Dated: September 8, 2021 |
| NICHOLS KASTER, PLLP | MCDONALD CARANO LLP |
| */s/ Benjamin J. Bauer* | */s/ Adam Hosmer-Henner* |
| Paul J. Lukas, Esq. *(admitted pro hac vice)* | Adam Hosmer-Henner, Esq., NSBN. 12779 |
| Kai H. Richter, Esq. *(admitted pro hac vice)* | Chelsea Latino, Esq., NBSN 14227 |
| Brock J. Specht, Esq. *(admitted pro hac vice)* | Jane Susskind, Esq., NSBN 15099 |
| Benjamin J. Bauer, Esq. *(admitted pro hac vice)* | 100 West Liberty Street, 10th Floor |
| 4700 IDS Center | Reno, NV 89501 |
| 80 S. 8th Street | Telephone: (775) 788-2000 |
| Minneapolis, MN 55402 | |
| Telephone: (612) 256-3200 | MAYER BROWN LLP |
| | Nancy G. Ross *(admitted pro hac vice)* |
| | Richard E. Nowak *(admitted pro hac vice)* |
| PAUL PADDA LAW, PLLC | 71 South Wacker Drive |

---

[1] The parties agree that Plaintiff may only amend her pleading further with the consent of Defendants or the Court's leave. Fed. R. Civ. P. 15(a)(2).

2

Paul S. Padda, Esq.
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Telephone: (702) 366-1888
*Attorneys for Plaintiff*

Chicago, IL 60606
Telephone: (312) 701-8788
*Attorneys for Defendant Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee*

PARSONS, BEHLE & LATIMER
*/s/ Michael R. Kealy*
Rew R. Goodenow, Esq. NSBN 3722
Michael R. Kealy, Esq. NSBN 971
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601

MILBANK LLP
Sean Murphy, Esq. *(admitted pro hac vice)*
Robert Hora, Esq. *(admitted pro hac vice)*
Vanessa Gonzalez-Ahmed, Esq. *(admitted pro hac vice)*
Maria Esperanza Ortiz, Esq. *(admitted pro hac vice)*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
*Attorneys for Defendant Russell Investments Trust Company*

## **Order**

**IT IS SO ORDERED**

**DATED:** 10:18 am, September 09, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3