| | |
|---|---|
| 1 | Rew R. Goodenow, Esq., NSBN 3722 |
| 2 | Michael R. Kealy, Esq., NSBN 971 |
| | **PARSONS BEHLE & LATIMER** |
| 3 | 50 West Liberty Street, Suite 750 |
| | Reno, NV 89501 |
| 4 | Telephone: (775) 323-1601 |
| | rgoodenow@parsonsbehle.com |
| 5 | mkealy@parsonsbehle.com |

Rew R. Goodenow, Esq., NSBN 3722
Michael R. Kealy, Esq., NSBN 971
**PARSONS BEHLE & LATIMER**
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
rgoodenow@parsonsbehle.com
mkealy@parsonsbehle.com

Sean M. Murphy, Esq. (admitted *pro hac vice*)
Robert C. Hora, Esq. (admitted *pro hac vice*)
Vanessa Gonzalez-Ahmed, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards, 34th Floor
New York, NY 10001-2163
Telephone: (212) 530-5000
smurphy@milbank.com
rhora@milbank.com
vgonzalez-ahmed@milbank.com

*Attorneys for Defendant*
*RUSSELL INVESTMENTS TRUST COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Maggie Thomson, as representative of a class of similarly situated persons, on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>Russell Investments Trust Company, Caesars Holding, Inc., the Plan Investment Committee, and the 401(k) Plan Committee,<br><br>Defendants. | Case No. 2:21-cv-00961-GMN-BNW |

**MOTION TO WITHDRAW THE APPEARANCE OF MARIA ESPERANZA ORTIZ**

Pursuant to LR IA 11-6, Maria Esperanza Ortiz hereby moves this Court for entry of an Order granting her request to withdraw as counsel for Defendant Russell Investments Trust Company in the

above-captioned action and to have her name, address, and email address removed from the service list (including ECF service list).

Defendant Russell Investments Trust Company will continue to be represented by Parsons Behle & Latimer P.C. and by other attorneys of Milbank LLP, including Sean M. Murphy, Robert C. Hora, and Vanessa Gonzalez-Ahmed.  Ms. Ortiz's withdrawal will not delay resolution of this matter.

Dated: September 29, 2021               MILBANK LLP

                                         */s/ Maria Esperanza Ortiz*
                                         Maria Esperanza Ortiz
                                         55 Hudson Yards
                                         New York, New York 10001
                                         Phone: 212-530-5402
                                         Email: mortiz@milbank.com

### Order

**IT IS SO ORDERED**

**DATED:** 2:28 pm, September 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Parsons Behle & Latimer and that on this 29th day of September, 2021, I filed a true and correct copy of the foregoing **MOTION TO WITHDRAW THE APPEARANCE OF MARIA ESPERANZA ORTIZ** with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to the following:

**PAUL PADDA LAW, PLLC**
Paul S. Padda, Esq., NSBN 10417
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Telephone: (702) 366-1888
psp@paulpaddalaw.com

**McDONALD CARANO LLP**
Adam Hosmer-Henner, Esq., NSBN 12779
Chelsea Latino, Esq., NBSN 14227
Jane Susskind, Esq., NSBN 15099
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

**NICHOLS KASTER, PLLP**
Paul J. Lukas, Esq.*
Kai H. Richter, Esq.*
Brock J. Specht, Esq.*
Benjamin J. Bauer, Esq.*
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
luckas@nka.com
krichter@nka.com
bspecht@nka.com
bbauer@nka.com
*admitted pro hac vice*

**MAYER BROWN LLP**
Nancy G. Ross, Esq.*
Richard E. Nowak, Esq.*
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8788
nross@mayerbrown.com
rnowak@mayerbrown.com
*admitted pro hac vice*

       /s/ *Tracy L. Brown*
Employee of Parsons Behle & Latimer