Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Kai H. Richter, MN Bar No. 0296545*
krichter@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGGIE THOMSON and JUAN DUARTE, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE.<br><br>　　　　　　　　　　Defendants. | **Case No. 2:21-cv-00961-GMN-BNW**<br><br>**JOINT MOTION FOR EXEMPTION FROM EARLY NEUTRAL EVALUATION** |

1    Pursuant to LR 16-6(c) and this Court's Order Scheduling Early Neutral Evaluation for
2  December 14, 2021 (ECF No. 55), Plaintiffs Maggie Thomson and Juan Duarte and Defendants
3  Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and
4  the 401(k) Plan Committee (collectively, the "Parties"), jointly move this Court for an order
5  exempting the Parties from Early Neutral Evaluation.

6    LR 16-6(a) states "all employment-discrimination actions filed in this court must undergo
7  early neutral evaluation as defined by this rule." As this action is not an employment-discrimination
8  action and is brought pursuant to ERISA, 29 U.S.C. § 1001, *et seq.,* it falls outside the scope of the
9  Local Rule governing Early Neutral Evaluation.

10   In addition, the parties met and conferred about the possibility of using alternative dispute
11  resolution ("ADR") processes. Because Defendants intend to file Motions to Dismiss Plaintiffs'
12  Second Amended Complaint, the Parties believe that holding Early Neutral Evaluation at that time
13  would not be fruitful. The parties further believe that a private mediation would be the most
14  effective form of ADR in this case. Defendants believe that engaging in ADR is premature at this
15  time, but will revisit the issue as the case progresses.

16   For the foregoing reasons, the Parties respectfully request that the Court enter an order
17  exempting the Parties from Early Neutral Evaluation.

Dated: October 7, 2021

NICHOLS KASTER, PLLP
*/s/ Benjamin J. Bauer*
Paul J. Lukas, Esq. *(admitted pro hac vice)*
Kai H. Richter, Esq. *(admitted pro hac vice)*
Brock J. Specht, Esq. *(admitted pro hac vice)*
Benjamin J. Bauer, Esq. *(admitted pro hac vice)*
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

PAUL PADDA LAW, PLLC
Paul S. Padda, Esq.
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Telephone: (702) 366-1888

Dated: October 7, 2021

MCDONALD CARANO LLP
*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner, Esq., NSBN. 12779
Chelsea Latino, Esq., NBSN 14227
Jane Susskind, Esq., NSBN 15099
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000

MAYER BROWN LLP
Nancy G. Ross *(admitted pro hac vice)*
Richard E. Nowak *(admitted pro hac vice)*
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8788

| | |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee* |
| | PARSONS, BEHLE & LATIMER<br>*/s/ Michael R. Kealy*<br>Rew R. Goodenow, Esq. NSBN 3722<br>Michael R. Kealy, Esq. NSBN 971<br>50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>Telephone: (775) 323-1601 |
| | MILBANK LLP<br>Sean Murphy, Esq. *(admitted pro hac vice)*<br>Robert Hora, Esq. *(admitted pro hac vice)*<br>Vanessa Gonzalez-Ahmed, Esq. *(admitted pro hac vice)*<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>*Attorneys for Defendant Russell Investments Trust Company* |

DATED: October 8, 2021    IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation currently scheduled for December 14, 2021 is VACATED.

_____
UNITED STATES MAGISTRATE JUDGE