Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Kai H. Richter, MN Bar No. 0296545*
krichter@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGGIE THOMSON and JUAN DUARTE, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE.<br><br>Defendants. | **Case No. 2:21-cv-00961-GMN-BNW**<br><br>**STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST FOR SUBJECT DEADLINES)** |

Plaintiffs Maggie Thomson and Juan Duarte ("Plaintiffs"), as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Second Amended Complaint (ECF No. 50) on September 20, 2021;

WHEREAS, Defendants filed their respective Motions to Dismiss (ECF Nos. 65 and 66) on October 20, 2021;

WHEREAS, the Parties previously stipulated to a 16-day extension of time for Defendants to respond to Plaintiffs' Second Amended Complaint (ECF No. 48);

WHEREAS, Plaintiffs' oppositions to Defendants Motions to Dismiss are currently due November 3, 2021, and Defendants' replies in support of their motions would be due November 10, 2021;

WHEREAS, the parties aver that there is good cause to reasonably extend the above deadlines in light of the fact that Defendants have filed two separate motions, and to allow Plaintiffs sufficient time to address the issues raised in Defendants' motions and to allow Defendants sufficient time to reply;

WHEREAS, counsel for the parties have conferred and agreed to the following briefing schedule: Plaintiffs shall have until November 19, 2021 to respond to Defendants' Motions to Dismiss; and Defendants shall have until December 10, 2021 to reply to Plaintiffs' oppositions;

WHEREAS, this stipulation is not made for purposes of delay; and

WHEREAS, this is the first request for an extension of time to respond to Defendants' Motions to Dismiss or submit replies in connection with the motions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that (1) the deadline for Plaintiffs to respond to Defendants Motions to Dismiss shall be November 19, 2021; and (2) the deadline for Defendants to reply to Plaintiffs' Motion to Dismiss oppositions shall be December 10, 2021.

Dated: October 26, 2021

NICHOLS KASTER, PLLP
*/s/ Benjamin J. Bauer*
Paul J. Lukas, Esq. *(admitted pro hac vice)*
Kai H. Richter, Esq. *(admitted pro hac vice)*
Brock J. Specht, Esq. *(admitted pro hac vice)*
Benjamin J. Bauer, Esq. *(admitted pro hac vice)*
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

PAUL PADDA LAW, PLLC
Paul S. Padda, Esq.
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Telephone: (702) 366-1888
*Attorneys for Plaintiff*

Dated: October 26, 2021

MCDONALD CARANO LLP
*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner, Esq., NSBN. 12779
Chelsea Latino, Esq., NBSN 14227
Jane Susskind, Esq., NSBN 15099
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000

MAYER BROWN LLP
Nancy G. Ross *(admitted pro hac vice)*
Richard E. Nowak *(admitted pro hac vice)*
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8788
*Attorneys for Defendant Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee*

PARSONS, BEHLE & LATIMER
*/s/ Michael R. Kealy*
Rew R. Goodenow, Esq. NSBN 3722
Michael R. Kealy, Esq. NSBN 971
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601

MILBANK LLP
Sean Murphy, Esq. *(admitted pro hac vice)*
Robert Hora, Esq. *(admitted pro hac vice)*
Vanessa Gonzalez-Ahmed, Esq. *(admitted pro hac vice)*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
*Attorneys for Defendant Russell Investments Trust Company*

**IT IS SO ORDERED.**

Dated this __26__ day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3