```
1   Rew R. Goodenow, Esq., NSBN 3722
    Michael R. Kealy, Esq., NSBN 971
2   PARSONS BEHLE & LATIMER
    50 West Liberty Street, Suite 750
3   Reno, NV 89501
    Telephone: (775) 323-1601
4   rgoodenow@parsonsbehle.com
    mkealy@parsonsbehle.com
5
    Sean M. Murphy, Esq. (admitted pro hac vice)
6   Robert C. Hora, Esq. (admitted pro hac vice)
    Kingdar Prussien, Esq. (admitted pro hac vice)
7   Vanessa Gonzalez-Ahmed, Esq. (admitted pro hac vice)
    MILBANK LLP
8   55 Hudson Yards, 34th Floor
    New York, NY 10001-2163
9   Telephone: (212) 530-5000
    smurphy@milbank.com
10  rhora@milbank.com
    kprussien@milbank.com
11  vgonzalez-ahmed@milbank.com
12  Attorneys for Defendant
    RUSSELL INVESTMENTS TRUST COMPANY
13
                    UNITED STATES DISTRICT COURT
14                       DISTRICT OF NEVADA
```

| | |
|---|---|
| Maggie Thomson, as representative of a class of similarly situated persons, on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>Russell Investments Trust Company, Caesars Holding, Inc., the Plan Investment Committee, and the 401(k) Plan Committee,<br><br>Defendants. | Case No. 2:21-cv-00961-GMN-BNW<br><br>**MOTION TO WITHDRAW THE APPEARANCE OF KINGDAR PRUSSIEN** |

Pursuant to LR IA 11-6, Kingdar Prussien hereby moves this Court for entry of an Order granting his request to withdraw as counsel for Defendant Russell Investments Trust Company in the above-captioned action and to have his name, address, and email address removed from the service list (including ECF service list).

Defendant Russell Investments Trust Company will continue to be represented by Parsons Behle & Latimer P.C. and by other attorneys of Milbank LLP, including Sean M. Murphy, Robert C. Hora, and Vanessa Gonzalez-Ahmed. Mr. Prussien's withdrawal will not delay resolution of this matter.

Dated: April 12, 2022                    MILBANK LLP

_____
Kingdar Prussien
55 Hudson Yards
New York, New York 10001
Phone: 212-530-5262
Email: kprussien@milbank.com

## ORDER

IT IS ORDERED that ECF No. 87 is GRANTED subject to the following orders.

IT IS FURTHER ORDERED that Kingdar Prussien must serve a copy of his motion (ECF No. 87) and a copy of this Order on Russell Investments Trust Company by 4/22/2022. *See* LR IA 11-6(b).

IT IS FURTHER ORDERED that Kingdar Prussien must file a notice of compliance with this Court's order by 4/22/2022.

**IT IS SO ORDERED**
**DATED:** 4:59 pm, April 19, 2022

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**