Rew R. Goodenow, Esq., NSBN 3722
Michael R. Kealy, Esq., NSBN 971
**PARSONS BEHLE & LATIMER**
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
rgoodenow@parsonsbehle.com
mkealy@parsonsbehle.com

Sean M. Murphy, Esq. (admitted *pro hac vice*)
Robert C. Hora, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards, 34th Floor
New York, NY 10001-2163
Telephone: (212) 530-5000
smurphy@milbank.com
rhora@milbank.com

*Attorneys for Defendant*
*RUSSELL INVESTMENTS TRUST COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Maggie Thomson, as representative of a class of similarly situated persons, on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>Russell Investments Trust Company, Caesars Holding, Inc., the Plan Investment Committee, and the 401(k) Plan Committee,<br><br>Defendants. | Case No. 2:21-cv-00961-CDS-BNW<br><br>**MOTION TO WITHDRAW THE APPEARANCE OF VANESSA GONZALEZ-AHMED** |

Pursuant to LR IA 11-6, Vanessa Gonzalez-Ahmed hereby moves this Court for entry of an Order granting her request to withdraw as counsel for Defendant Russell Investments Trust Company in the above-captioned action and to have her name, address, and email address removed from the service list (including ECF service list).

1

Defendant Russell Investments Trust Company will continue to be represented by Parsons Behle & Latimer and by other attorneys of Milbank LLP, including Sean M. Murphy and Robert C. Hora. Ms. Gonzalez-Ahmed's withdrawal will not delay resolution of this matter.

Dated: July 25, 2022							MILBANK LLP


									*/s/ Vanessa Gonzalez-Ahmed*
									Vanessa Gonzalez-Ahmed
									55 Hudson Yards
									New York, New York 10001
									Phone: 212-530-5505
									Email: vgonzalez-ahmed@milbank.com


    **ORDER**
**IT IS SO ORDERED**

**DATED:**  3:32 pm, July 26, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Parsons Behle & Latimer and that on this 25th day of July, 2022, I filed a true and correct copy of the foregoing **MOTION TO WITHDRAW THE APPEARANCE OF VANESSA GONZALEZ-AHMED** with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to the following:

**PAUL PADDA LAW, PLLC**
Paul S. Padda, Esq.
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Telephone: (702) 366-1888
psp@paulpaddalaw.com

**McDONALD CARANO LLP**
Adam Hosmer-Henner, Esq.,
Chelsea Latino, Esq.
Jane Susskind, Esq.
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

**NICHOLS KASTER, PLLP**
Paul J. Lukas, Esq.*
Brock J. Specht, Esq.*
Benjamin J. Bauer, Esq.*
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
luckas@nka.com
bspecht@nka.com
bbauer@nka.com
*admitted pro hac vice*

**MAYER BROWN LLP**
Nancy G. Ross, Esq.*
Richard E. Nowak, Esq.*
Megan E. Troy, Esq.*
Alex C. Lakatos, Esq.*
Jed W. Glickstein, Esq.*
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8788
nross@mayerbrown.com
rnowak@mayerbrown.com
mtroy@mayerbrown.com
alakatos@mayerbrown.com
jglickstein@mayerbrown.com
*admitted pro hac vice*

                                                 */s/ Tracy L. Brown*
                                                 Employee of Parsons Behle & Latimer