1  PATRICK H. HICKS, ESQ., Bar No. 004632
   DIANA G. DICKINSON, ESQ., Bar No. 13477
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:  702.862.8800
   Fax No.:    702.862.8811
5  Email: phicks@littler.com
          ddickinson@littler.com
6
   *Attorneys for Defendants*
7  CAESARS HOLDINGS, INC., THE PLAN INVESTMENT
   COMMITTEE, and THE 401(k) PLAN COMMITTEE
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAGGIE THOMSON and JUAN DUARTE, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(k) PLAN COMMITTEE,<br><br>Defendants. | Case No. 2:21-cv-00961-GMN-BNW<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule IA 11-6(c), undersigned counsel stipulate and agree to substitute Patrick H. Hicks and Diana G. Dickinson of the law firm of Littler Mendelson, P.C., as counsel of record for Defendants CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE,

and THE 401(k) PLAN COMMITTEE in the place of counsel Adam Hosmer-Henner, Chelsea Latino, and Jane Susskind of the law firm McDonald Carano LLP.

Dated this 23rd day of November, 2022.

CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, AND THE 401(K) PLAN COMMITTEE

PAUL GEORGESON, ESQ.
SVP & Deputy General Counsel

I consent to the above substitution.

Dated this 28 day of November, 2022.

MCDONALD CARANO LLP

ADAM HOSMER-HENNER, ESQ.
CHELSEA LATINO, ESQ.
JANE SUSSKIND, ESQ.

*Attorney for Defendant*
CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(k) PLAN COMMITTEE

I am duly admitted to practice in this District, and accept the above substitution.

Dated this 28th day of November, 2022.

LITTLER MENDELSON, P.C.

PATRICK H. HICKS, ESQ.
DIANA G. DICKINSON, ESQ.

*Attorneys for Defendant*
CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(k) PLAN COMMITTEE

**ORDER**

**IT IS SO ORDERED**

**DATED:** 2:58 pm, November 29, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2