Patrick H. Hicks, Esq. Bar. No. 004632
Diana G. Dickinson, Esq. Bar No. 13477
**LITTLER MENDELSON P.C.**
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
phicks@littler.com
ddickinson@littler.com

Nancy G. Ross (*admitted pro hac vice*)
Jed W. Glickstein (*admitted pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
nross@mayerbrown.com
jglickstein@mayerbrown.com

Matthew Moscon (*admitted pro hac vice*)
**MAYER BROWN LLP**
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2703
mmoscon@mayerbrown.com

*Attorneys for Defendants Caesars Holdings, Inc.,*
*the Plan Investment Committee, and*
*the 401(k) Plan Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGGIE THOMSON and JUAN DUARTE, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiffs,<br>v.<br><br>RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE.<br><br>Defendants. | Case No. 2:21-cv-00961-CDS-BNW<br><br>**STIPULATION REGARDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>(Second Request) |

Pursuant to LR IA 6-1 and 6-2, Defendants Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee (together, the "Caesars Defendants"); Defendant Russell Investments Trust Company ("RITC"); and Plaintiffs Maggie Thomson and Juan Duarte (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree:

WHEREAS, Plaintiffs filed their Second Amended Complaint (ECF No. 50) ("SAC") on September 20, 2021;

WHEREAS, the Parties previously stipulated to a 16-day extension of time for Defendants to answer or otherwise respond to the SAC, *see* ECF No. 48;

WHEREAS, Defendants filed their respective Motions to Dismiss the SAC (ECF Nos. 65 and 66) on October 20, 2021;

WHEREAS, the Parties previously stipulated and the Court ordered that "while Defendants' motions to dismiss are pending and prior to the time Defendants are required to answer the SAC . . . neither party will be obligated to conduct searches for, collect, or produce any ESI, including email" and "that no written discovery or depositions will take place," ECF No. 62 at 4; ECF No. 63 at 4 (order granting proposed Discovery Plan and Scheduling Order);

WHEREAS, the Court entered an order denying RITC's Motion to Dismiss and granting in part and denying in part the Caesars Defendants' Motion to Dismiss on March 13, 2023 (ECF No. 109);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the deadline for Defendants to answer the SAC would be March 27, 2023;

WHEREAS, the Parties aver that there is good cause to reasonably extend the above deadline in light of the length and complexity of the SAC and defense counsel's trial in another case;

WHEREAS, counsel for the Parties have conferred and agreed to a three-week extension on the deadline for Defendants to answer the SAC;

WHEREAS, this is the first request for an extension on the time to respond to the SAC following the Court's ruling on Defendants' Motions to Dismiss;

1   IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that
2   the deadline for Defendants to respond to the SAC shall be **April 17, 2023.** The Discovery Plan
3   and Scheduling Order's terms regarding the status of discovery pending Defendants' answers, *see*
4   ECF No. 63, shall remain in effect until the filing of such answers.

Dated: March 23, 2023                           Respectfully submitted,

| | |
|---|---|
| **LITTLER MENDELSON P.C.** | **MAYER BROWN LLP** |
| Patrick H. Hicks, Esq. Bar. No. 004632 | */s/ Nancy G. Ross* |
| Diana G. Dickinson, Esq. Bar No. 13477 | Nancy G. Ross (*admitted pro hac vice*) |
| 3960 Howard Hughes Parkway, Suite 300 | Jed W. Glickstein (*admitted pro hac vice*) |
| Las Vegas, Nevada 89169-5937 | 71 South Wacker Drive |
| Telephone: (702) 862-8800 | Chicago, IL 60606 |
| phicks@littler.com | Telephone: (312) 782-0600 |
| ddickinson@littler.com | nross@mayerbrown.com |
| | jglickstein@mayerbrown.com |
| | |
| | Matthew Moscon (*admitted pro hac vice*) |
| | 201 S. Main Street, Suite 1100 |
| | Salt Lake City, UT 84111 |
| | Telephone: (801) 907-2703 |
| | mmoscon@mayerbrown.com |

*Attorneys for Defendants Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee*

| | |
|---|---|
| **PARSONS BEHLE & LATIMER** | **MILBANK LLP** |
| Rew R. Goodenow, Esq., NSBN 3722 | */s/ Robert C. Hora* |
| Michael R. Kealy, Esq., NSBN 971 | Sean M. Murphy, Esq. (*admitted pro hac vice*) |
| 50 West Liberty Street, Suite 750 | Robert C. Hora, Esq. (*admitted pro hac vice*) |
| Reno, Nevada 89501 | 55 Hudson Yards |
| Telephone: (775) 323-1601 | New York, New York 10001 |
| rgoodenow@parsonsbehle.com | Telephone: (212) 530-5000 |
| mkealy@parsonsbehle.com | smurphy@milbank.com |
| | rhora@milbank.com |

*Attorneys for Defendant Russell Investments Trust Company*

| | |
|---|---|
| **NICHOLS KASTER, PLLP** | **PAUL PADDA LAW, PLLC** |
| */s/ Ben Bauer* | Paul S. Padda |
| Paul J. Lukas, MN Bar No. 22084X* | NV Bar No. 10417 |
| Brock J. Specht, MN Bar No. 0388343* | 4560 South Decatur Blvd., Suite 300 |
| Ben Bauer, MN Bar No. 0398853* | Las Vegas, NV 89103 |
| 4700 IDS Center, 80 S 8th Street | Tel: (702) 366-1888 |
| Minneapolis, MN 55402 | psp@paulpaddalaw.com |
| Telephone: 612-256-3200 | |
| Facsimile: 612-338-4878 | |

-2-
STIPULATION REGARDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' SECOND
AMENDED COMPLAINT - CASE NO. 2:21-CV-00961

1 | lukas@nka.com
2 | bspecht@nka.com
3 | bbauer@nka.com
  | * LR IA 11-2 petition approved

4 | *Attorneys for Plaintiffs Maggie Thomson and Juan Duarte*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: March 27, 2023