Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGGIE THOMSON and JUAN DUARTE, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE.<br><br>Defendants. | **Case No. 2:21-cv-00961-CDS-BNW**<br><br>**STIPULATION REGARDING THIRD AMENDED COMPLAINT AND DEADLINE TO ANSWER OR OTHERWISE RESPOND**<br><br>**(FIRST REQUEST)** |

754722344.1

1  Plaintiffs Maggie Thomson and Juan Duarte, as putative representatives of a purported class
2  of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings &
3  Retirement Plan, and Defendants Russell Investments Trust Company, Caesars Holdings, Inc., the
4  Plan Investment Committee, and the 401(k) Plan Committee (collectively, the "Parties"), by and
5  through their undersigned counsel, hereby stipulate and agree that Plaintiffs, pursuant to Fed. R.
6  Civ. P. 15(a)(2), may file the attached, proposed Third Amended Complaint. Plaintiffs aver that
7  there is good cause to enter into this stipulation to allow Plaintiffs to remove Maggie Thomson as
8  a Plaintiff and add Danny Wanek as a Plaintiff, and that this stipulation is not made for purposes
9  of delay.

10  Accordingly, the Parties request that the Court approve this stipulation, and grant Plaintiffs
11  seven (7) days from the date of the Court's entry to file the proposed Third Amended Complaint.
12  Defendants do not waive any defenses by entering into this stipulation, and expressly reserve all
13  rights to answer or otherwise respond to the Third Amended Complaint as they deem appropriate,
14  including but not limited to challenging the standing of the newly named Plaintiff. The Parties also
15  agree to move the Court to allow Defendants twenty-one (21) days to answer or otherwise respond
16  to the Third Amended Complaint after it is filed.

| Dated: July 5, 2023 | Dated: July 5, 2023 |
|---|---|
| NICHOLS KASTER, PLLP | LITTLER MENDELSON P.C. |
| */s/ Benjamin J. Bauer* | Patrick H. Hicks, Esq. Bar No. 004632 |
| Paul J. Lukas, Esq. *(admitted pro hac vice)* | Diana G. Dickinson, Esq. Bar No. 13477 |
| Brock J. Specht, Esq. *(admitted pro hac vice)* | 3960 Howard Hughes Parkway, Suite 300 |
| Benjamin J. Bauer, Esq. *(admitted pro hac vice)* | Las Vegas, NV 89169-5937 |
| 4700 IDS Center | Telephone: (702) 862-8800 |
| 80 S. 8th Street | MAYER BROWN LLP |
| Minneapolis, MN 55402 | */s/ D. Matthew Moscon* |
| Telephone: (612) 256-3200 | Nancy G. Ross *(admitted pro hac vice)* |
| | Jed W. Glickstein *(admitted pro hac vice)* |
| PAUL PADDA LAW, PLLC | 71 South Wacker Drive |
| Paul S. Padda, Esq. | Chicago, IL 60606 |
| 4560 South Decatur Blvd., Suite 300 | Telephone: (312) 782-0600 |
| Las Vegas, NV 89103 | |
| Telephone: (702) 366-1888 | D. Matthew Moscon *(admitted pro hac vice)* |
| *Attorneys for Plaintiff* | 201 S. Main Street, Suite 1100 |
| | Salt Lake City, UT 84111 |
| | Telephone: (801) 907-2703 |

|     |                              |
| --- | ---------------------------- |
| 1   | *Attorneys for Defendant Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee* |

PARSONS, BEHLE & LATIMER
Rew R. Goodenow, Esq. NSBN 3722
Michael R. Kealy, Esq. NSBN 971
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601

MILBANK LLP
*/s/ Robert Hora*
Sean Murphy, Esq. *(admitted pro hac vice)*
Robert Hora, Esq. *(admitted pro hac vice)*
Allison S. Markowitz, Esq. *(admitted pro hac vice)*
Emily E. Werkmann, Esq. *(admitted pro hac vice)*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

*Attorneys for Defendant Russell Investments Trust Company*

DATED: July 6, 2023

IT IS SO ORDERED.

_____
United States Magistrate Judge