Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANNY WANEK and JUAN DUARTE, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE. <br><br> Defendants. | Case No. 2:21-cv-00961-CDS-BNW <br><br> **JOINT MOTION TO EXTEND CASE DEADLINES** <br><br> **(FIRST REQUEST FOR EXTENSION)** |

Plaintiffs Danny Wanek and Juan Duarte ("Plaintiffs"), as representatives of a proposed class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly request that the Court extend the deadlines in the Court's Amended Scheduling Order (ECF No. 115) as specified below:

WHEREAS, the Court issued the original Scheduling Order in this case on October 12, 2021 (ECF No. 63), while Defendants' Motions to Dismiss were pending;

WHEREAS, the original Scheduling Order listed placeholder dates to be adjusted based on the timing of the Court's decision on Defendants' Motions to Dismiss;

WHEREAS, the Court issued an Amended Scheduling Order on April 20, 2023 (ECF No. 115) listing specific dates for each deadline;

WHEREAS, after the Court issued the Amended Scheduling Order, Defendants began the process of identifying custodians, collecting additional potentially responsive materials and electronically stored information ("ESI"), and engaging vendors to assist with processing and reviewing the materials and ESI. Due to the volume of additional materials and ESI that needed to be collected, the process of identifying and collecting materials and ESI potentially responsive to Plaintiffs' requests for production of documents has taken longer than anticipated;

WHEREAS, the Parties have already produced tens of thousands of documents and document productions are still ongoing;

WHEREAS, the Parties have conducted depositions of representatives from each party and are in the process of scheduling additional depositions;

WHEREAS, Plaintiffs' Motion for Leave to File an Amended Complaint adding two additional Named Plaintiffs and reinstating their claim for co-fiduciary liability against the Caesars Defendants remains pending;

WHEREAS, this motion is not the result of unnecessary delay or a lack of diligence in conducting discovery by any party;

WHEREAS, the current deadline to complete fact discovery is February 7, 2024;

WHEREAS, the Parties request to extend the fact discovery deadline and, as a result, each of the affected deadlines below, by roughly 90 days (accounting for holidays, weekends, or other scheduling conflicts);

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires a showing of good cause and the judge's consent in order to extend case deadlines. Pursuant to Ninth Circuit caselaw, "[t]he proper procedure, when additional time for any purpose is needed, is to present to the Court a timely request for an extension before the time fixed has expired[.]" *Shields v. Baker*, 2020 WL 8991812, at *2 (D. Nev. May 5, 2020) (quotation omitted). "Additionally, courts have inherent power to control their dockets." *Id.* (citing *Hamilton v. Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990)); *see also Nelson v. Safeco Ins. Co. of Illinois*, 2011 WL 12848, at *2 (D. Nev. Jan. 4, 2011) (exercising discretion to extend deadlines despite a party's lack of diligence). Courts generally find good cause where parties must review thousands of documents before the close of discovery and where other motions filed during the discovery period remain pending. *See, e.g., Internet Sports Int'l, Ltd., v. Amelco USA, LLC,* 2023 WL 6540193, at *1 (D. Nev. Oct. 6, 2023) (granting request for extension where "thousands of documents" would take "significant time to review"); *Hampton v. Nevada*, 2021 WL 3573640, at *2 (D. Nev. July 29, 2021) (granting motion to extend deadlines where motion to amend the complaint remained pending); *Cervantes v. Scott*, 2020 WL 1816294, at *2 (D. Nev. Apr. 9, 2020) (granting request to extend deadlines where a motion for reconsideration remained pending).

WHEREAS, the parties have demonstrated that there is good cause to reasonably extend the below deadlines. The voluminous document productions in this case require time to gather, review, and produce. The requested extension will allow the Parties time to review the documents before completing additional depositions and allow the Parties additional time after the holidays to coordinate the schedules of the multiple parties required to conduct each deposition. Further, the discovery period will account for any delays in the production of responsive materials and ESI and allow the Parties to continue to diligently pursue discovery. Finally, extending the discovery period will allow the Court additional time to rule on Plaintiffs' Motion for Leave to File a Fourth

Amended Complaint and additional time for the Parties to conduct depositions of the additional Named Plaintiffs if the motion is granted.

WHEREAS, counsel for the Parties have conferred and agreed to the following deadlines:

| Event | Proposed Date |
|---|---|
| Fact Discovery Deadline | May 7, 2024 |
| Deadline for Plaintiffs to serve their expert reports | June 7, 2024 |
| Deadline Defendants to serve their expert reports | July 19, 2024 |
| Deadline for Plaintiffs to serve their rebuttal expert reports | August 16, 2024 |
| Deadline for expert discovery | September 6, 2024 |
| Deadline for summary judgment motions | September 16, 2024 |

WHEREAS, this request is not made for purposes of delay; and

WHEREAS, this is the first request for an extension of time for the subject deadlines;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Parties will abide by the following deadlines:

| Event | Proposed Date |
|---|---|
| Fact Discovery Deadline | May 7, 2024 |
| Deadline for Plaintiffs to serve their expert reports | June 7, 2024 |
| Deadline Defendants to serve their expert reports | July 19, 2024 |
| Deadline for Plaintiffs to serve their rebuttal expert reports | August 16, 2024 |
| Deadline for expert discovery | September 6, 2024 |
| Deadline for summary judgment motions | September 16, 2024 |

1

Dated: December 29, 2023

2

NICHOLS KASTER, PLLP
*/s/ Benjamin J. Bauer*

3

Paul J. Lukas, Esq. *(admitted pro hac vice)*
Brock J. Specht, Esq. *(admitted pro hac vice)*

4

Benjamin J. Bauer, Esq. *(admitted pro hac vice)*

5

4700 IDS Center

6

80 S. 8th Street
Minneapolis, MN 55402

7

Telephone: (612) 256-3200

8

PAUL PADDA LAW, PLLC

9

Paul S. Padda, Esq.
4560 South Decatur Blvd., Suite 300

10

Las Vegas, NV 89103
Telephone: (702) 366-1888

11

*Attorneys for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: December 29, 2023

MAYER BROWN LLP
*/s/ D. Matthew Moscon*
D. Matthew Moscon (*admitted pro hac vice*)
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2703
mmoscon@mayerbrown.com

MAYER BROWN LLP
Nancy G. Ross (*admitted pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
nross@mayerbrown.com

LITTLER MENDELSON P.C.
Patrick H. Hicks, Esq. Bar. No. 004632
Diana G. Dickinson, Esq. Bar No. 13477
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
phicks@littler.com
ddickinson@littler.com

*Attorneys for Defendant Caesars Holdings,
Inc., the Plan Investment Committee, and the
401(k) Plan Committee*

MILBANK LLP
*/s/ Robert C. Hora*
Sean M. Murphy, Esq. *(admitted pro hac vice)*
Robert C. Hora, Esq. *(admitted pro hac vice)*
Joseph J. Kammerman, Esq. *(admitted pro hac vice)*
Emily E. Werkmann, Esq. *(admitted pro hac vice)*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

PARSONS, BEHLE & LATIMER
Rew R. Goodenow, Esq. NSBN 3722
Michael R. Kealy, Esq. NSBN 971
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendant Russell Investments Trust Company*

DATED: __1/2/2024_____

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE