1  Rew R. Goodenow, Esq., NSBN 3722
2  Michael R. Kealy, Esq., NSBN 971
   **PARSONS BEHLE & LATIMER**
3  50 West Liberty Street, Suite 750
   Reno, NV 89501
4  Telephone: (775) 323-1601
   rgoodenow@parsonsbehle.com
5  mkealy@parsonsbehle.com

6  Sean M. Murphy, Esq. (admitted *pro hac vice*)
   Robert C. Hora, Esq. (admitted *pro hac vice*)
7  **MILBANK LLP**
   55 Hudson Yards, 34th Floor
8  New York, NY 10001-2163
   Telephone: (212) 530-5000
9  smurphy@milbank.com
   rhora@milbank.com
10

11 *Attorneys for Defendant*
   RUSSELL INVESTMENTS TRUST COMPANY
12

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANNY WANEK, JUAN DUARTE, RICK RUBERTON, and LINDA RUBERTON, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, | **Case No. 2:21-cv-00961-CDS-BNW**<br><br>**Order Approving Stipulation Regarding Class Certification Briefing Schedule**<br><br>[ECF No. 166] |
| Plaintiffs | |
| v. | |
| RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE, | |
| Defendants | |

Plaintiffs Danny Wanek, Juan Duarte, Rick Ruberton, and Linda Ruberton ("Plaintiffs"), as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Motion for Class Certification on October 17, 2023 (ECF No. 133);

WHEREAS, the Court stayed Defendants' deadline to respond to Plaintiffs' Motion for Class Certification and Plaintiffs' reply deadline pending resolution of Plaintiffs' Motion for Leave to File a Fourth Amended Complaint (ECF No. 139);

WHEREAS, counsel for the Parties have conferred and agreed to the following briefing schedule for Plaintiffs' Motion for Class Certification:

| Event | Proposed Date |
|---|---|
| Deadline for Plaintiffs to file their renewed Motion for Class Certification; | Friday, August 9, 2024 |
| Deadline for Defendants to oppose Plaintiffs' Motion for Class Certification | Friday, August 30, 2024 |
| Deadline for Plaintiffs to file a reply in support of their Motion for Class Certification | Friday, September 13, 2024 |

WHEREAS, this stipulation is not made for purposes of delay; and

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that (1) the deadline for Plaintiffs to file their renewed Motion for Class Certification shall be August 9, 2024; (2) the deadline for Defendants to oppose Plaintiffs' Motion for Class Certification shall be August 30, 2024; and (3) the deadline for Plaintiffs to file a reply in support of their Motion for Class Certification shall be September 13, 2024.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2024

2