Sean M. Murphy, Esq. (admitted *pro hac vice*)
Robert C. Hora, Esq. (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards, 34th Floor
New York, NY 10001-2163
Telephone: (212) 530-5000
smurphy@milbank.com
rhora@milbank.com

Rew R. Goodenow, Esq., NSBN 3722
Michael R. Kealy, Esq., NSBN 971
**PARSONS BEHLE & LATIMER**
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
rgoodenow@parsonsbehle.com
mkealy@parsonsbehle.com

*Attorneys for Defendant*
*RUSSELL INVESTMENTS TRUST COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANNY WANEK, JUAN DUARTE, RICK RUBERTON, AND LINDA RUBERTON, as representatives of a class of similarly situated persons, on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br>Plaintiffs,<br>v.<br>Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee,<br>Defendants. | Case No. 2:21-cv-00961-CDS-BNW<br><br>**STIPULATION REGARDING EXPERT DISCOVERY DEADLINE (SECOND REQUEST REGARDING SUBJECT DEADLINE)** |

WHEREAS, the Court issued the original Scheduling Order in this case on October 12, 2021 (ECF No. 63), which listed placeholder dates to be adjusted based on the timing of the Court's decision on Defendants' then-pending Motions to Dismiss;

WHEREAS, the Court issued an Amended Scheduling Order on April 20, 2023 (ECF No. 115) listing specific dates for each deadline;

WHEREAS, on December 29, 2023, the parties jointly requested (ECF No. 149) that the Court extend the deadlines due to allow additional time for document production and to coordinate the schedules of the multiple parties required to conduct numerous fact witness

depositions;

WHEREAS, the Court granted that request on January 2, 2024 (ECF No. 150) and entered an Amended Scheduling Order;

WHEREAS, pursuant to that Order, Plaintiffs served expert reports from three experts on June 7, 2024, and Defendants served expert reports from a total of three experts on July 19, 2024;

WHEREAS, pursuant to that Order, the current deadline for Plaintiffs to serve rebuttal expert reports is August 16, 2024, and the current deadline to complete expert discovery, including the depositions of the six expert witnesses identified by the parties, is just three weeks later, on September 6, 2024;

WHEREAS, the parties request to extend the deadline for expert discovery by three weeks to September 27, 2024, to allow additional time to coordinate the schedules of the multiple experts, parties, and counsel required to conduct the depositions of six expert witnesses;

WHEREAS, there is good cause to reasonably extend the expert discovery deadline and this request is not the result of unnecessary delay or a lack of diligence in conducting discovery by any party; and

WHEREAS, this is the second request for an extension of time for the subject deadline;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court and pursuant to LR IA 6-1 and 6-2, that the deadline for expert discovery shall be extended to September 27, 2024.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 16, 2024 | Dated: August 16, 2024 |
| 3 | NICHOLS KASTER, PLLP | **MILBANK LLP** |
| | By: */s/ Benjamin J. Bauer* | By: *Robert C. Hora* |
| 4 | Paul J. Lukas, Esq. (admitted pro hac vice) | Sean M. Murphy, Esq. (admitted *pro hac vice*) |
| 5 | Brock J. Specht, Esq. (admitted pro hac vice) | Robert C. Hora, Esq. (admitted *pro hac vice*) |
| | Benjamin J. Bauer, Esq. (admitted pro hac vice) | 55 Hudson Yards, 34th Floor |
| 6 | 4700 IDS Center | New York, NY 10001-2163 |
| 7 | 80 S. 8th Street | Telephone: (212) 530-5000 |
| | Minneapolis, MN 55402 | smurphy@milbank.com |
| 8 | Telephone: (612) 256-3200 | rhora@milbank.com |
| 9 | | |
| | PAUL PADDA LAW, PLLC | **PARSONS BEHLE & LATIMER** |
| 10 | Paul S. Padda, Esq. 4560 South Decatur Blvd., Suite 300 | Rew R. Goodenow, Esq., NSBN 3722 |
| 11 | Las Vegas, NV 89103 | Michael R. Kealy, Esq., NSBN 971 |
| | Telephone: (702) 366-1888 | 50 West Liberty Street, Suite 750 |
| 12 | | Reno, NV 89501 |
| 13 | *Attorneys for Plaintiff* | Telephone: (775) 323-1601 |
| | | rgoodenow@parsonsbehle.com |
| 14 | | mkealy@parsonsbehle.com |
| 15 | | *Attorneys for Defendant Russell Investments Trust Company* |

[Signatures continue on following page]

|   |   |
|---|---|
|   | Dated: August 16, 2024 |
|   | MAYER BROWN LLP<br>By: */s/  D. Matthew Moscon*<br>D. Matthew Moscon (admitted pro hac vice)<br>201 South Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>Telephone: (801) 907-2703<br>mmoscon@mayerbrown.com |
|   | MAYER BROWN LLP<br>Nancy G. Ross (admitted pro hac vice)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>nross@mayerbrown.com |
|   | LITTLER MENDELSON P.C.<br>Patrick H. Hicks, Esq. Bar. No. 004632<br>Diana G. Dickinson, Esq. Bar No. 13477<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, Nevada 89169-5937<br>Telephone: (702) 862-8800<br>phicks@littler.com<br>ddickinson@littler.com |
|   | *Attorneys for Defendant Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee* |
| DATED:  8/19/2024 | IT IS SO ORDERED<br><br>UNITED STATES DISTRICT JUDGE<br>UNITED STATES MAGISTRATE JUDGE |