1  D. Matthew Moscon (*admitted pro hac vice*)
   Malori McGill Fery (*admitted pro hac vice*)
2  **MAYER BROWN LLP**
   201 South Main Street, Suite 1100
3  Salt Lake City, UT 84111
   Telephone: (801) 907-2703
4  mmoscon@mayerbrown.com
   mmcgillfery@mayerbrown.com
5
   Nancy G. Ross (*admitted pro hac vice*)
6  **MAYER BROWN LLP**
   71 South Wacker Drive
7  Chicago, IL 60606
   Telephone: (312) 782-0600
8  nross@mayerbrown.com

9  Alex C. Lakatos (*admitted pro hac vice*)
   **MAYER BROWN LLP**
10 1999 K Street N.W.
   Washington, DC 20006-1101
11 Telephone: (202) 263-3000
   alakatos@mayerbrown.com
12
   Patrick H. Hicks, Esq. Bar. No. 004632
13 Diana G. Dickinson, Esq. Bar No. 13477
   **LITTLER MENDELSON P.C.**
14 3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV 89169-5937
15 Telephone: (702) 862-8800
   phicks@littler.com
16 ddickinson@littler.com

17
   *Attorneys for Defendants Caesars Holdings, Inc.,*
18 *the Plan Investment Committee, and the*
   *401(k) Plan Committee*
19

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Danny Wanek, Juan Duarte, and Rick Ruberton, as representatives of a class of similarly situated persons, on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Russell Investments Trust Company, Caesars Holding, Inc., the Plan Investment Committee, and the 401(k) Plan Committee,<br><br>Defendants. | Case No. 2:21-cv-00961-CDS-BNW<br><br>**STIPULATION REGARDING DEADLINE FOR SUMMARY JUDGMENT MOTIONS**<br><br>**(SECOND REQUEST REGARDING SUBJECT DEADLINE)** |

1     WHEREAS, the Court issued the original Scheduling Order in this case on October 12, 2021 (ECF No. 63), which listed placeholder dates to be adjusted based on the timing of the Court's decision on Defendants' then-pending Motions to Dismiss;

WHEREAS, the Court issued an Amended Scheduling Order on April 20, 2023 (ECF No. 115) listing specific dates for each deadline;

WHEREAS, on December 29, 2023, the parties jointly requested (ECF No. 149) that the Court extend the deadlines due to voluminous document productions and to allow additional time to coordinate the schedules of the multiple parties required to conduct numerous fact witness depositions;

WHEREAS, the Court granted the parties' request on January 2, 2024 (ECF No. 150) and entered an Amended Scheduling Order;

WHEREAS, on August 16, 2024, the parties filed (ECF No. 189) a stipulated request to extend the deadline for expert discovery from September 6, 2024 to September 27, 2024 to allow additional time to coordinate the schedules of the multiple parties required to conduct the depositions of six expert witnesses;

WHEREAS, the Court granted the parties' stipulation to extend the expert discovery deadline on August 20, 2024 (ECF No. 190);

WHEREAS, the current deadline for any party to file a motion for summary judgment is September 16, 2024, which falls approximately two weeks before the deadline for expert discovery;

WHEREAS, when an existing motion deadline "cannot reasonably be met despite the [parties'] diligence," good cause exists to extend the deadline, *Johnson v. Mammoth Recs., Inc.*, 975 F.2d 604, 609 (9th Cir. 1992), and "[t]he proper procedure, when additional time for any purpose is needed is to present the Court a timely request for an extension before the time fixed has expired," *Kinford v. Moyle*, 2021 WL 3021150, at *2 (D. Nev. July 15, 2021) (quoting *Canup v. Miss. Valley Barge Line Co.*, 31 F.R.D. 282, 283 (D. Pa. 1962)).

-1-

1   WHEREAS, the parties timely request an extension on the deadline to file motions for summary judgment to allow adequate time to prepare such motions upon concluding expert discovery and to conduct such matters as obtaining the transcripts of all expert depositions, analyzing those transcripts, and adequately preparing their statement(s) of genuinely undisputed materials facts and accompanying motion(s) with the benefit of expert discovery;

WHEREAS, although the current scheduling order does not set deadlines for a party's response or reply to a motion for summary judgment, the parties also respectfully request an extension on the deadlines to file responses and replies to any motion for summary judgment beyond those established by Local Rule 7-2(b) to account for the substantial amount of fact and expert discovery that will affect such responses and replies;

WHEREAS, there is good cause to reasonably extend the deadline to file motions for summary judgment and the deadlines to file responses and replies to any motion for summary judgment and this request is not the result of unnecessary delay or a lack of diligence by any party; and

WHEREAS, this is the second request for an extension of time affecting the deadline for motions for summary judgment and the first request for an extension of time affecting the deadlines for responses and replies to motions for summary judgment;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rules IA 6-1 and 26-3 and subject to the approval of the Court, that the briefing schedule for summary judgment be extended as follows:

| Event | Existing Date | Proposed Date |
| --- | --- | --- |
| Deadline to file motions for summary judgment | September 16, 2024 | November 22, 2024 |
| Deadline to file responses to motions for summary judgment | October 7, 2024 | December 20, 2024 |
| Deadline to file replies to motions for summary judgment | October 21, 2024 | January 17, 2025 |

-2-

Dated: August 27, 2024

/s/ D. Matthew Moscon

**MAYER BROWN LLP**
Nancy G. Ross (*admitted pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
nross@mayerbrown.com

D. Matthew Moscon (*admitted pro hac vice*)
Malori McGill Fery (*admitted pro hac vice*)
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2703
mmoscon@mayerbrown.com
mmcgillfery@mayerbrown.com

Alex C. Lakatos (*admitted pro hac vice*)
1999 K Street N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
alakatos@mayerbrown.com

**LITTLER MENDELSON P.C.**
Patrick H. Hicks, Esq. Bar. No. 004632
Diana G. Dickinson, Esq. Bar No. 13477
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
phicks@littler.com
ddickinson@littler.com

*Attorneys for Defendants Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee*

/s/  Robert C. Hora

**MILBANK LLP**
Sean M. Murphy, Esq. (*admitted pro hac vice*)
Robert C. Hora, Esq. (*admitted pro hac vice*)
55 Hudson Yards, 34th Floor
New York, NY 10001-2163
Telephone: (212) 530-5000
smurphy@milbank.com
rhora@milbank.com

**PARSONS BEHLE & LATIMER**

|   |   |
|---|---|
| 1 | Rew R. Goodenow, Esq., NSBN 3722 |
| 2 | Michael R. Kealy, Esq., NSBN 971 |
|   | 50 West Liberty Street, Suite 750 |
| 3 | Reno, NV 89501 |
|   | Telephone: (775) 323-1601 |
| 4 | rgoodenow@parsonsbehle.com |
|   | mkealy@parsonsbehle.com |

*Attorneys for Defendant Russell Investments Trust Company*

*/s/  Benjamin J. Bauer*

**NICHOLS KASTER, PLLP**
Paul J. Lukas, Esq. (*admitted pro hac vice*)
Brock J. Specht, Esq. (*admitted pro hac vice*)
Benjamin J. Bauer, Esq. (*admitted pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

**PAUL PADDA LAW, PLLC**
Paul S. Padda, Esq. 4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Telephone: (702) 366-1888

*Attorneys for Plaintiffs*

DATED:  8/29/2024

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

-4-

STIPULATION REGARDING DEADLINE FOR SUMMARY JUDGMENT MOTIONS
CASE NO. 2:21-CV-00961