Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: (702) 366- 1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

* LR IA 11-2 petition approved

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Danny Wanek, Juan Duarte, and Rick Ruberton, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Russell Investments Trust Company, Caesars Holdings Inc., the Plan Investment Committee, and the 401(k) Plan Committee,<br><br>Defendants. | Case No. 2:21-cv-00961-CDS-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule IA 11-6 and Rule 1.16 of the Nevada Rules of Professional Conduct, Plaintiffs' counsel moves the Court for an order authorizing Steven Eiden of the law firm of Nichols Kaster, PLLP to withdraw as counsel for Plaintiffs Danny Wanek, Juan Duarte, and Rick Ruberton ("Plaintiffs") in the above-captioned action and to have his name, address, and email address removed from the service list (including ECF service list).

Plaintiffs will continue to be represented by Paul J. Lukas, Brock J. Specht, and Ben J. Bauer of the law firm Nichols Kaster, PLLP and Paul S. Padda of the law firm Paul Padda Law PLLC. Mr. Eiden's withdrawal will not delay resolution of this matter.

Accordingly, Plaintiffs' counsel respectfully requests that the Court grant this request to withdraw Mr. Eiden as counsel of record.

Dated: February 20, 2025

**NICHOLS KASTER, PLLP**

/s/ Brock J. Specht
Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Ben Bauer, MN Bar No. 0398853*
4700 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com
bbauer@nka.com
* LR IA 11-2 petition approved

Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: (702) 366- 1888
psp@paulpaddalaw.com

ATTORNEYS FOR PLAINTIFFS AND
THE PROPOSED CLASS

**IT IS SO ORDERED**

**DATED:** 10:30 am, February 21, 2025

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

1