Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY WANEK, JUAN DUARTE, RICK RUBERTON, and LINDA RUBERTON, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiffs<br><br>v.<br><br>RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE.<br><br>Defendants | **Case No. 2:21-cv-00961-CDS-BNW**<br><br>**Order Approving**<br>**STIPULATION**<br>**REGARDING HEARING**<br>**DATES**<br><br>[ECF No. 222] |

Pursuant to the Court's instructions, Plaintiffs Danny Wanek, Juan Duarte, Rick Ruberton, and Linda Ruberton ("Plaintiffs"), as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court scheduled a hearing on Defendants' Motions for Summary Judgment to occur on June 3, 2025 (ECF No. 221);

WHEREAS, Counsel for Plaintiffs have a conflict with the scheduled date;

WHEREAS, Counsel for the Parties have conferred and are available for a hearing on June 23rd or 24th, and can be available the morning of June 25th as an additional alternative if necessary; and

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the hearing on Defendants' Motions for Summary Judgment currently scheduled for June 3, 2025 at 10:00 am is moved to June __, 2025 at ___.

| | |
|---|---|
| Dated: May 19, 2025 | Dated: May 19, 2025 |
| NICHOLS KASTER, PLLP | MAYER BROWN LLP |
| */s/ Paul J. Lukas* | */s/ D. Matthew Moscon* |
| Paul J. Lukas, Esq. (*admitted pro hac vice*) | D. Matthew Moscon (*admitted pro hac vice*) |
| Brock J. Specht, Esq. (*admitted pro hac vice*) | 201 South Main Street, Suite 1100 |
| Benjamin J. Bauer, Esq. (*admitted pro hac vice*) | Salt Lake City, UT 84111 |
| 4700 IDS Center | Telephone: (801) 907-2703 |
| 80 S. 8th Street | mmoscon@mayerbrown.com |
| Minneapolis, MN 55402 | |
| Telephone: (612) 256-3200 | MAYER BROWN LLP |
| | Nancy G. Ross (*admitted pro hac vice*) |
| PAUL PADDA LAW, PLLC | 71 South Wacker Drive |
| Paul S. Padda, Esq. | Chicago, IL 60606 |
| 4560 South Decatur Blvd., Suite 300 | Telephone: (312) 782-0600 |
| Las Vegas, NV 89103 | nross@mayerbrown.com |
| Telephone: (702) 366-1888 | |
| *Attorneys for Plaintiff* | LITTLER MENDELSON P.C. |
| | Patrick H. Hicks, Esq. Bar. No. 004632 |
| | Diana G. Dickinson, Esq. Bar No. 13477 |
| | 3960 Howard Hughes Parkway, Suite 300 |
| | Las Vegas, Nevada 89169-5937 |

Telephone: (702) 862-8800
phicks@littler.com
ddickinson@littler.com

*Attorneys for Defendant Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee*

MILBANK LLP
/s/ Robert C. Hora
Sean M. Murphy, Esq. *(admitted pro hac vice)*
Robert C. Hora, Esq. *(admitted pro hac vice)*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

PARSONS, BEHLE & LATIMER
Rew R. Goodenow, Esq. NSBN 3722
Michael R. Kealy, Esq. NSBN 971
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601

*Attorneys for Defendant Russell Investments Trust Company*

Based on the parties' stipulation, the motions hearing currently scheduled on June 3, 2025, is vacated and continued to June 25, 2025, at 10:00 a.m. in LV Courtroom 6B.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2025