1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Danny Wanek, Juan Duarte, and Rick Ruberton, as representatives of a class of similarly situated persons, on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,

Plaintiffs

v.

Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee,

Defendants

Case No. 2:21-cv-00961-CDS-BNW

**ORDER GRANTING DEFENDANT RUSSELL INVESTMENTS TRUST COMPANY'S MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' RESPECTIVE RESPONSES TO RUSSELL'S MOTION FOR SUMMARY JUDGMENT AND THE CAESARS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

[ECF No. 234]

Before the Court is Defendant Russell Investments Trust Company's ("Russell") Motion to Seal Documents Filed in Support of Plaintiffs' Respective Responses to Russell's Motion for Summary Judgment and the Caesars Defendants' Motion for Summary Judgment ("Motion to Seal"). Having carefully considered Russell's submission, the Court finds compelling reasons to seal the requested material. Accordingly, IT IS HEREBY ORDERED as follows:

1. Russell's Motion to Seal **[ECF No. 234] is GRANTED**.

2. The following exhibits to the Declaration of Brock J. Specht in Support of Plaintiffs' Response to Defendant Russell Investments Trust Company's Motion for Summary Judgment are sealed and may be filed with limited redactions on the public docket:

| Exhibit No. to Specht Declaration in Support of Plaintiffs' Response to Russell's Motion for Summary Judgment | ECF No. of Public Redacted Filing | Description |
|---|---|---|
| Exhibit 6 | ECF No. 205-8 | May 4, 2016 Email chain produced by Russell bearing the Bates label RITC_THOMSON_00022373 and associated attachment bearing the bates label RITC_THOMSON_00022383 |
| Exhibit 10 | ECF No. 205-12 | Excerpts of the September 24, 2024 Deposition Transcript of L. Charles "Duke" Meythaler; |
| Exhibit 15 | ECF No. 205-17 | Expert Report of Plaintiffs' expert Donald C. Stone, dated June 7, 2024 |
| Exhibit 22 | ECF No. 205-24 | October 27, 2020 Caesars Entertainment Client Profile, produced by Russell bearing the Bates label RITC_THOMSON_00020246 |

2

ORDER GRANTING DEFENDANT RUSSELL INVESTMENTS TRUST COMPANY'S MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' RESPECTIVE RESPONSES TO RUSSELL'S MOTION FOR SUMMARY JUDGMENT AND THE CAESARS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:21-CV-00961-CDS-BNW

| Exhibit No. to Specht Declaration in Support of Plaintiffs' Response to Russell's Motion for Summary Judgment | ECF No. of Public Redacted Filing | Description |
|---|---|---|
| Exhibit 29 | ECF No. 205-31 | April 19, 2016 Email chain, produced by Russell bearing the Bates label RITC_THOMSON_00108245 |
| Exhibit 35 | ECF No. 205-37 | August 6, 2021 Email chain, produced by Russell bearing the Bates label RITC_THOMSON_00059022 |
| Exhibit 51 | ECF No. 205-53 | Q4 2016 Royal Caribbean Quarterly Investment Review, produced by Russell bearing the Bates label RITC_THOMSON_00042106 |
| Exhibit 52 | ECF No. 205-54 | June 4, 2018 Response to White Oak Report, produced by Russell bearing the Bates label RITC_THOMSON_00042280 |
| Exhibit 55 | ECF No. 205-57 | August 2, 2018 Caesars Investment Committee Meeting Materials, produced by Defendants Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee ("Caesars") bearing the Bates label CAESARS0000369 |
| Exhibit 59 | ECF No. 205-61 | Defined Contribution Plan Review, produced by Russell bearing the Bates label RITC_THOMSON_00060969 |

3

ORDER GRANTING DEFENDANT RUSSELL INVESTMENTS TRUST COMPANY'S MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' RESPECTIVE RESPONSES TO RUSSELL'S MOTION FOR SUMMARY JUDGMENT AND THE CAESARS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:21-CV-00961-CDS-BNW

| Exhibit No. to Specht Declaration in Support of Plaintiffs' Response to Russell's Motion for Summary Judgment | ECF No. of Public Redacted Filing | Description |
|---|---|---|
| Exhibit 64 | ECF No. 205-66 | August 31, 2020 Retirement Committee Meeting Materials, produced by Caesars bearing the Bates label CAESARS0007195 |
| Exhibit 65 | ECF No. 205-67 | August 17, 2020 Email chain produced by Caesars bearing the Bates label CAESARS0067711 |
| Exhibit 67 | ECF No. 205-69 | April 3, 2020 Email chain, produced by Russell bearing the Bates label RITC_THOMSON_00053312 |
| Exhibit 68 | ECF No. 205-70 | Sample Russell Investments Quarterly Investment Review, produced by Russell bearing the Bates label RITC_THOMSON_00084163 |
| Exhibit 73 | ECF No. 205-75 | Q1 2021 Investment Review, produced by Russell bearing the Bates label RITC_THOMSON_00004947 |

3. The following exhibits to the Declaration of Brock J. Specht in Support of Plaintiffs' Response to the Caesars Defendants' Motion for Summary Judgment are sealed and may be filed with limited redactions on the public docket:

4

ORDER GRANTING DEFENDANT RUSSELL INVESTMENTS TRUST COMPANY'S MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' RESPECTIVE RESPONSES TO RUSSELL'S MOTION FOR SUMMARY JUDGMENT AND THE CAESARS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:21-CV-00961-CDS-BNW

| Exhibit No. to Specht Declaration in Support of Plaintiffs' Response to the Caesars Defendants' Motion for Summary Judgment | ECF No. of Public Redacted Filing | Description |
|---|---|---|
| Exhibit 2 | ECF No. 207-4 | August 31, 2020 Retirement Committee Meeting Materials, produced by Caesars bearing the Bates label CAESARS0007195 |
| Exhibit 4 | ECF No. 207-6 | August 17, 2020 Email chain, produced by Caesars bearing the Bates label CAESARS0067711 |
| Exhibit 5 | ECF No. 207-7 | August 15, 2020 Email chain, produced by Caesars bearing the Bates label CAESARS0067723 |
| Exhibit 6 | ECF No. 207-8 | March 2018 Investment Line-Up Analysis, produced by Russell bearing the Bates label RITC_THOMSON_00042441 |
| Exhibit 11 | ECF No. 207-13 | October 27, 2020 Caesars Entertainment Client Profile, produced by Russell bearing the Bates label RITC_THOMSON_00020246 |
| Exhibit 13 | ECF No. 207-15 | Expert Report of Plaintiffs' expert Donald C. Stone, dated June 7, 2024 |
| Exhibit 17 | ECF No. 207-19 | Excerpts of the August 2, 2023 Deposition Transcript of Keith Causey |
| Exhibit 21 | ECF No. 207-23 | August 5, 2016 Email chain, produced by Russell bearing the Bates label RITC_THOMSON_00024061 |
| Exhibit 22 | ECF No. 207-24 | April 4, 2016 Investment Consultant Review Proposal Evaluation Report, produced by |

| Exhibit No. to Specht Declaration in Support of Plaintiffs' Response to the Caesars Defendants' Motion for Summary Judgment | ECF No. of Public Redacted Filing | Description |
|---|---|---|
| | | Caesars bearing the Bates label CAESARS0097790 |
| Exhibit 26 | ECF No. 207-28 | April 19, 2016 Email chain, produced by Russell bearing the Bates label RITC_THOMSON_00108245 |
| Exhibit 32 | ECF No. 207-34 | May 4, 2016 Email chain produced by Russell bearing the Bates label RITC_THOMSON_00022373 and associated attachment bearing the bates label RITC_THOMSON_00022383 |
| Exhibit 36 | ECF No. 207-38 | June 4, 2018 Response to White Oak Report, produced by Russell bearing the Bates label RITC_THOMSON_00042280 |
| Exhibit 38 | ECF No. 207-40 | January 11, 2017 Investment Committee Meeting Materials, produced by Russell bearing the Bates label RITC_THOMSON_00046034 |
| Exhibit 47 | ECF No. 207-49 | Defined Contribution Plan Review, produced by Russell bearing the Bates label RITC_THOMSON_00060969 |
| Exhibit 56 | ECF No. 207-58 | August 30, 2016 Email chain, produced by Caesars bearing the Bates label CAESARS0137551 |

| Exhibit No. to Specht Declaration in Support of Plaintiffs' Response to the Caesars Defendants' Motion for Summary Judgment | ECF No. of Public Redacted Filing | Description |
|---|---|---|
| Exhibit 63 | ECF No. 207-65 | October 5, 2020 Email chain, produced by Caesars bearing the Bates label CAESARS0114601 |
| Exhibit 65 | ECF No. 207-67 | Rebuttal Expert Report of Plaintiffs' expert Brian Becker, dated August 16, 2024 |

The Clerk of Court is kindly instructed to maintain the seal on ECF No. 202.

Dated: September 25, 2025

_____
UNITED STATES DISTRICT JUDGE

7

ORDER GRANTING DEFENDANT RUSSELL INVESTMENTS TRUST COMPANY'S MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' RESPECTIVE RESPONSES TO RUSSELL'S MOTION FOR SUMMARY JUDGMENT AND THE CAESARS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:21-CV-00961-CDS-BNW