**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Danny Wanek, Juan Duarte, and Rick Ruberton, as representatives of a class of similarly situated persons, on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>Plaintiffs<br><br>v.<br><br>Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee,<br><br>Defendants | Case No. 2:21-cv-00961-CDS-BNW<br><br>**ORDER GRANTING DEFENDANT RUSSELL INVESTMENTS TRUST COMPANY'S MOTION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF THE CAESARS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 236] |

Before the Court is Defendant Russell Investments Trust Company's ("Russell") Motion to Seal Certain Documents Filed in Support of the Caesars Defendants' Motion for Summary Judgment ("Motion to Seal"). Having carefully considered Russell's submission, the Court finds compelling reasons to seal the requested material. Accordingly, IT IS HEREBY ORDERED as follows:

1. Russell's Motion to Seal [ECF No. 236] is GRANTED.

2. The following exhibits to the Declarations of Megan Pagni and Alex C. Lakatos in support of the Caesars Defendants' Motion for Summary Judgment are sealed and may be filed with limited redactions on the public docket:

| Exhibit No. in Caesars' Motion for Summary Judgment | ECF No. of Public Redacted Version | Description |
|---|---|---|
| 10 | 198-13 | Caesars Entertainment Corporation Savings & Retirement Plan Investment Consultant Review Proposal Evaluation Report, dated April 4, 2016, produced by Defendants Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee ("Caesars") bearing the Bates label CAESARS0104714-77 |
| 12 | 198-15 | Email dated March 16, 2016 and excerpts of attachments including excerpts of Russell Investments' Response to Caesars's Request for Proposal in 2016, produced by Caesars bearing the Bates label CAESARS0101251-447 |
| 13 | 198-16 | Caesars Russell Fund Performance slide deck, dated March 2015, produced by Caesars, bearing the Bates numbers CAESARS0138663-68 |
| 14 | 198-17 | "Investment review and Retirement Plans review" example slide deck, produced by Russell, bearing the Bates numbers CAESARS0101291-364 |
| 15 | 198-18 | May 5, 2016 email produced by Caesars, bearing the Bates label CAESARS0104677-78 |

2

ORDER GRANTING DEFENDANT RUSSELL INVESTMENTS TRUST COMPANY'S MOTION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF THE CAESARS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:21-CV-00961-CDS-BNW

| Exhibit No. in Caesars' Motion for Summary Judgment | ECF No. of Public Redacted Version | Description |
|---|---|---|
| 16 | 198-19 | The Investment Management Agreement between Caesars and Russell, dated December 13, 2016, produced by Caesars, bearing the Bates label CAESARS0001473-88 |
| 17 | 198-20 | S&RP Investment Committee Minutes for Meeting Held on November 17, 2017, produced by Caesars, bearing the Bates label CAESARS0000284-285 |
| 18 | 198-21 | Investment Committee Meeting slide deck, dated November 17, 2017, produced by Caesars, bearing the Bates label CAESARS0000208-83 |
| 22 | 198-25 | S&RP Investment Committee Minutes for Meeting Held on December 10, 2019, produced by Caesars, bearing the Bates label CAESARS0000762-64 |
| 23 | 198-26 | S&RP Investment Committee Minutes for Meeting Held on November 20, 2018, produced by Caesars, bearing the Bates label CAESARS0000560-61 |
| 24 | 198-27 | S&RP Investment Committee Minutes for Meeting Held on March 7, 2019, produced by Caesars, bearing the Bates label CAESARS0000627-28 |
| 25 | 198-28 | S&RP Investment Committee Minutes for Meeting Held on August 2, 2018, produced by Caesars, bearing the Bates label CAESARS0000463-64 |
| 26 | 198-29 | Caesars Entertainment Investment Review First Quarter 2019 slide deck, produced by Caesars, bearing the Bates label CAESARS0000630-98 |
| 27 | 198-30 | Caesars Entertainment Investment Review Fourth Quarter 2018 slide deck, produced by Caesars, bearing the Bates label CAESARS0000563-626 |

| Exhibit No. in Caesars' Motion for Summary Judgment | ECF No. of Public Redacted Version | Description |
|---|---|---|
| 28 | 198-31 | Caesars Entertainment Investment Review First Quarter 2021 slide deck, produced by Caesars, bearing the Bates label CAESARS0006859-912 |
| 29 | 198-32 | Caesars Entertainment Investment Review Fourth Quarter 2019 slide deck, produced by Caesars, bearing the Bates label CAESARS0000769-826 |
| 30 | 198-33 | Caesars Entertainment Investment Committee Meeting slide deck, dated May 7, 2018, produced by Caesars, bearing the Bates label CAESARS0000287-365 |
| 31 | 198-34 | S&RP Investment Committee Minutes for Meeting Held on February 26, 2020, produced by Caesars, bearing the Bates label CAESARS0000837-38 |
| 32 | 198-35 | S&RP Investment Committee Minutes for Meeting Held on May 7, 2018, produced by Caesars, bearing the Bates label CAESARS0000366-67 |
| 33 | 198-36 | S&RP Investment Committee Minutes for Meeting Held on November 20, 2018, produced by Caesars, bearing the Bates label CAESARS0061720-21 |
| 36 | 198-39 | S&RP Investment Committee Minutes for Meeting Held on June 28, 2021, produced by Caesars, bearing the Bates label CAESARS0052278-79 |
| 51 | 198-54 | Russell's RFP Responses, dated March 14, 2016, produced by Russell Investments Trust Company ("Russell"), bearing the Bates label RITC_THOMSON_00106374-448 |

The Clerk of Court is kindly instructed to maintain the seal on ECF No. 203.

Dated: September 25, 2025

_____
United States District Judge