Paul S. Padda
NV Bar No. 10417
PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Tel: 702.366.1888
psp@paulpaddalaw.com

Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
Matthew H. Morgan, MN Bar No. 0304657*
morgan@nka.com
Elizabeth M. Binczik, MN No. 0398233*
ebinczik@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*admitted pro hac vice

ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY WANEK, JUAN DUARTE, RICK RUBERTON, and LINDA RUBERTON, as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan,<br><br>                    Plaintiffs<br><br>     v.<br><br>RUSSELL INVESTMENTS TRUST COMPANY, CAESARS HOLDINGS, INC., THE PLAN INVESTMENT COMMITTEE, and THE 401(K) PLAN COMMITTEE.<br><br>                    Defendants | **Case No. 2:21-cv-00961-CDS-BNW**<br><br>**Order Approving STIPULATION REGARDING DEADLINE TO RESPOND TO CAESARS DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT OR TO SEVER CLAIMS**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 256] |

Pursuant to the Court's instructions, Plaintiffs Danny Wanek, Juan Duarte, Rick Ruberton, and Linda Ruberton ("Plaintiffs"), as representatives of a class of similarly situated persons, and on behalf of the Caesars Entertainment Corporation Savings & Retirement Plan, and Defendants Russell Investments Trust Company, Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 11, 2026, Defendants Caesars Holdings, Inc., the Plan Investment Committee, and the 401(k) Plan Committee (the "Caesars Defendants") filed a Motion for Entry of Final Judgment or to Sever Claims (the "Motion") (ECF No. 253);

WHEREAS, under the local rules, Plaintiffs' response to the Motion is due February 25, 2025;

WHEREAS, Plaintiffs counsel's prior commitments on other matters, including out-of-state travel for a mediation, responding to several contested motions, and other miscellaneous obligations, have prevented them from adequately reviewing the Motion and preparing a response;

WHEREAS, the parties request a 14-day extension to the deadline for Plaintiffs to file a response;

WHEREAS, there is good cause to extend the deadline, and this request is not the result of unnecessary delay;

WHEREAS, this is the first stipulation for extension of time to file a response to the Motion; and

WHEREAS, Counsel for the Parties have conferred and counsel for the Defendants do not oppose the extension;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for Plaintiffs to respond to the Motion is March 11, 2026.

Dated: February 24, 2026                    Dated: February 24, 2026

NICHOLS KASTER, PLLP                MAYER BROWN LLP
*/s/ Brock J. Specht*                    */s/ D. Matthew Moscon*
Brock J. Specht, Esq. *(pro hac vice)*        D. Matthew Moscon (*pro hac vice*)

2

Benjamin J. Bauer, Esq. *(pro hac vice)*
Matthew H. Morgan, Esq. *(pro hac vice)*
Elizabeth M. Binczik, Esq. *(pro hac vice)*
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

PAUL PADDA LAW, PLLC
Paul S. Padda, Esq.
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
Telephone: (702) 366-1888
*Attorneys for Plaintiff*

MILBANK LLP
*/s/ Robert C. Hora*
Sean M. Murphy, Esq. *(pro hac vice)*
Robert C. Hora, Esq. *(pro hac vice)*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

PARSONS, BEHLE & LATIMER
Rew R. Goodenow, Esq. NSBN 3722
Michael R. Kealy, Esq. NSBN 971
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601

*Attorneys for Defendant Russell
Investments Trust Company*

201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 907-2703
mmoscon@mayerbrown.com

MAYER BROWN LLP
Nancy G. Ross (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
nross@mayerbrown.com

LITTLER MENDELSON P.C.
Patrick H. Hicks, Esq. Bar. No. 004632
Diana G. Dickinson, Esq. Bar No. 13477
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
phicks@littler.com
ddickinson@littler.com

*Attorneys for Defendant Caesars Holdings, Inc.,
the Plan Investment Committee, and the 401(k)
Plan Committee*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:    February 24, 2026

3